**10-20501**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION   *Sealed*

FILED by _____ D.C.

FEB 1 8 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA )
Ex Rel. )
)
) CIVIL ACTION NO.
Plaintiffs, )
v. )
**FILED IN CAMERA AND UNDER SEAL**

)
TENET HEALTH SYSTEM NORTH )
SHORE, INC. AND )
TENET HEALTHCARE CORP. )
Defendants. )
_____ )

COMPLAINT FOR VIOLATIONS OF THE
FALSE CLAIMS ACT, 31 U.S.C. §3729, et seq.

or the "Relator") brings this False Claims

Action on behalf of the United States and on the Relator's own behalf, against TENET HEALTH

SYSTEM NORTH SHORE, INC. ("NORTH SHORE") AND TENET HEALTHCARE

CORP.("TENET") (hereinafter collectively the "DEFENDANTS") to recover losses sustained by

the Medicare and Medicaid Programs arising out of DEFENDANTS' violations of the Federal False

Claims Act ("False Claims Act" or the "Act") 31 U.S.C. §§3729, et seq.  DEFENDANTS TENET

and NORTH SHORE, under the cover of a sham corporate transaction created for the purpose of

committing fraud upon the Medicare Program, fraudulently billed the Medicare program for services

rendered at Florida Medical Center ("FMC") now referred to by the DEFENDANTS as "North Shore

Medical Center-FMC Campus" in Broward County using the provider number for NORTH SHORE,

a facility in Miami-Dade County.

THE LAW OFFICES OF FREEDLAND RUSSO, P.L.
2843 EXECUTIVE PARK DRIVE, WESTON, FLORIDA 33331 TELEPHONE: (954) 467-6400

*Sealed*



## I. NATURE OF ACTION

1.                                brings this action on behalf of the United States to recover treble

damages and civil penalties under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729, et seq. as well

as other remedies provided by the FCA.

2.                                bases his claims on DEFENDANTS having presented or caused the

presentation of false or fraudulent claims for payment or approval in violation of 31 U.S.C.

§3729(a)(1)(A), having made, used or caused to be made or used a false record or statement material

to a false or fraudulent claim in violation of 31 U.S.C. §3729(a)(1)(B) and having conspired to

commit a violation of 31 U.S.C. §3729(a)(1)(A) and (B).

3.      DEFENDANTS submitted false claims for Medicare reimbursement for services

rendered at FMC, a hospital in Broward County, Florida using a provider number associated with

greater DRG rates assigned to NORTH SHORE, a facility in Miami-Dade County, Florida.

4.      The Center for Medicare and Medicaid Services ("CMS") assigns for each DRG an

appropriate weighting factor reflecting the estimated relative cost of hospital resources.  42 C.F.R.

§412.60(b).  Additionally, CMS determines allowable operating costs for each hospital based on cost

reporting data and makes adjustments to DRG rates for factors including area variations in hospital

wage levels. 42 C.F.R. §412.62.  CMS's assigned DRG rates for FMC, in Broward County, Florida

were 30% less than CMS's assigned DRG rates for North Shore Medical Center in Miami-Dade

County, Florida.  Attached as Exhibit "A" are comparison examples of the 30% difference between

DRG rates for five (5) different procedures at the two hospitals.

11.    The FCA, 31 U.S.C. § 3730(b)(1), provides that private parties may bring a lawsuit

on behalf of the United States to recover damages for false claims.                has brought this

action against DEFENDANTS on behalf of himself and the United States.                    , became

aware of DEFENDANTS' false claim scheme through                              and

commences his *qui tam* action against the DEFENDANTS based

upon information he received as                                     , based on his

conversations regarding hospital business with         of those facilities as well as his knowledge

of patient treatment and hospital care at          .

12.    The DEFENDANT NORTH SHORE is a corporation organized under the laws of

Florida with its principal location in Miami-Dade, Florida.  It is a wholly owned subsidiary of

TENET, a corporation organized under the laws of Texas with its principal offices in Dallas, Texas.

13.    The DEFENDANT TENET is a corporation organized under the laws of Texas with

its principal location in Dallas, Texas.  It is the corporate parent of NORTH SHORE and was the

corporate parent of wholly owned subsidiary FMC, before NORTH SHORE acquired FMC. TENET

is a nationwide provider of healthcare services and owns approximately 50 hospitals in 12 states.

TENET's acute care hospitals offer a wide variety of medical services.  TENET operates fully integrated regional networks including the Tenet South Florida Health System in South Florida. FMC and NORTH SHORE are part of the South Florida network.

## V. THE LAW
### The False Claims Act

14.    The False Claims Act, 31 U.S.C. §3730(a)(1) provides in pertinent part, that any person who:

    (A)    knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;

    (B)    knowingly makes, uses, or causes to be made or used, a false record or statement material to a  false or fraudulent claim;

    (C)    conspires to commit a violation of subparagraph (A), (B)...

* * *

is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000,...., plus 3 times the amount of damages which the Government sustains because of the act of that person.

* * *

Section 3730(b)(1) provides that the terms "knowing" and "knowingly" mean that a person, with respect to information (I) has actual knowledge of the information; (2) acts in deliberate ignorance of the truth or falsity of the information; or (3) acts in reckless disregard of the truth or falsity of the information, and no proof of specific intent to defraud is required.

15.    Pursuant to the Federal Civil Penalties Inflation Adjustment Act of 1990, as amended by the Debt Collection Improvement Act of 1996, 28 U.S.C. § 2461 (notes), and 64 Fed. Reg. 47099, 47103 (1999), the civil penalties were adjusted to $5,500 to $11,000 for violations occurring on or

after September 29, 1999.

## VI. THE MEDICARE PROGRAM

16. In 1965, Congress enacted Title XVIII of the Social Security Act, known as the Medicare program, to pay for the costs of certain healthcare services and items. Entitlement to Medicare is based on age, disability or affliction with end-stage renal disease. 42 U.S.C. §§ 426-426a, 1395o.

17. United States Department of Health and Human Services ("HHS") is responsible for the administration and supervision of the Medicare program. CMS is an agency of HHS and directly administers the Medicare program. The Medicare program has several parts, including Medicare Part A ("Hospital Insurance"), which covers care in hospitals as an inpatient, critical access hospitals (small facilities that give limited outpatient and inpatient services to people in rural areas), skilled nursing facilities (not custodial or long-term care), hospice care, and some home health care physician services. FMC and NORTH SHORE are acute care hospitals. Acute care hospital inpatient services are covered by Medicare Part A. Acute care hospitals submit claims for services under Medicare Part A based on a prospective payment system ("PPS"). This system allows for reimbursement on a per case basis under which inpatient admission cases are divided in to categories called diagnosis-related groups ("DRG"). Medicare pays hospitals a flat rate per case based on the DRG associated with that case for inpatient hospital care. CMS adjusts the DRG payments to hospitals based on a variety of factors including application of a wage index which takes into consideration wages in the hospital's geographical area. 42 C.F.R. §412.60; §412.64; 42 U.S.C. §1395ww(e)(5)(A).

18. For coverage of services under Medicare Part A, the hospital must furnish all

necessary covered services to the beneficiary directly or under arrangements. 42 C.F.R. §412.50.

## VII. DEFENDANTS' SCHEME

19. Both FMC and NORTH SHORE are wholly owned subsidiaries of TENET and have been a part of TENET's network of hospitals in South Florida since at least 2006. On or about January 2009, TENET announced to the Medical Staff of FMC that NORTH SHORE would "merge" with FMC. On or about March of 2009, TENET announced the merger of the two facilities publicly.

20. At all times relevant to this Complaint, FMC now known as North Shore Medical Center-FMC Campus was located at 5000 W. Oakland Park Blvd, Ft. Lauderdale, FL 33313. Approximately 70% of FMC's patient population receives Medicare benefits for inpatient hospitalization at FMC.

21. At all times relevant to this Complaint, North Shore was located at 1100 N.W. 95th Street, Miami, Florida 33150.

22. TENET planned the "merger" between its wholly owned subsidiaries NORTH SHORE and FMC and finalized NORTH SHORE'S acquisition of FMC in order to perpetrate and conceal the presentation of false and fraudulent inflated claims to the Medicare program. On or about June 1, 2009 TENET finalized NORTH SHORE's acquisition of FMC.

23. FMC's internal operations, other than the processing of claims, have not substantively changed since "the merger" or the "acquisition" on June 1, 2009.

24. After the merger, TENET directed FMC to process its claims for services rendered at the FMC hospital in Broward County, Florida through NORTH SHORE in Miami-Dade County, Florida thereby intentionally submitting false and fraudulent claims at the higher DRG rates of

NORTH SHORE and fraudulently increasing Tenet's Medicare reimbursement at the FMC hospital by approximately 30%. TENET implemented this scheme, using NORTH SHORE's zip code, taxpayer ID number and Medicare provider number and has submitted false and/or fraudulent claims for services rendered at the FMC hospital in Broward County at the higher NORTH SHORE Miami-Dade County DRG rate since June 1, 2009 and continuing to date.

25.     In order to facilitate the appearance of "one hospital", Tenet directed the Medical Staff of FMC to submit applications for credentials to NORTH SHORE. The credentialing process was presented as a formality to the Medical Staff, and the entire Medical Staff of FMC received credentials for NORTH SHORE. The pseudo Medical Staff merger was complete on or about the middle of June 2009.

26.     Tenet on more than one occasion told the Medical Staff at FMC, including

that the acquisition took place to present the entities as "one hospital" managed under "one" governing body in order submit claims using the greater reimbursement rates available to NORTH SHORE in Miami-Dade County. TENET corporate leadership, including former COO of FMC and now current CEO of the NORTH SHORE--FMC Campus, Ben Rodriguez, reported to the Medical Staff, including ,             , that TENET's November 2009 billings were $500,000 greater than under the "old system" despite a lower patient census and that TENET expected to gain an additional $700,000 per month for FMC in higher reimbursement due to the fraudulent scheme.

27.     Since June of 2009 to date, single damages to the Medicare program for payment for services rendered at FMC in Broward County, Florida fraudulently billed through NORTH SHORE in Miami-Dade County, Florida are in excess of $3 Million. In addition, DEFENDANTS, since June of 2009, have submitted all claims for services rendered to Medicare beneficiaries at FMC in

Broward County, Florida using the provider number of NORTH SHORE in Miami-Dade County, Florida rendering all claims for services to Medicare beneficiaries at FMC false and fraudulent. The number of claims at issue are in excess of 5,000.

## FIRST CAUSE OF ACTION

### False Claims Act: Presentation of False Claims
### 31 U.S.C. § 3729(a)(1)(A)

28.     Plaintiff repeats and realleges paragraphs 1 through 27 as if fully set forth herein.

29.     DEFENDANTS knowingly presented or caused to be presented false or fraudulent claims for payment or approval.

30.     By virtue of the false or fraudulent claims that DEFENDANTS made or caused to be made, the United States has suffered damages and therefore is entitled to multiple damages under the False Claims Act, to be determined at trial, plus civil penalties of not less than $5,500 and up to $11,000 for each violation.

31.     DEFENDANTS are liable for FCA violations for each claim paid by the Medicare program where services were rendered at the FMC hospital in Broward County, Florida but claims were submitted using NORTH SHORE's provider number, tax ID and/or Miami-Dade County address.

## SECOND CAUSE OF ACTION

### False Claims Act: Making or Using False
### Records or Statements to Cause Claims to be Paid
### (31 U.S.C. § 3729(a)(1)(B)

32.     Plaintiff repeats and realleges paragraphs 1 through 27 as if fully set forth herein.

33.     DEFENDANTS knowingly made, used, or caused to be made or used, false records

or statements material to false or fraudulent claims paid or approved by the Government.

34.     By virtue of the false records or false statements made by DEFENDANTS, the United States suffered damages and therefore is entitled to treble damages under the False Claims Act, to be determined at trial, plus civil penalties of not less than $5,500 and up to $11,000 for each violation.

35.     DEFENDANTS are liable for FCA violations for each claim paid by the Medicare program where services rendered at FMC hospital in Broward County, Florida were billed using the provider number and other information of NORTH SHORE in Miami-Dade County, Florida.

### THIRD CAUSE OF ACTION

#### False Claims Act: Conspiracy
#### 31 U.S.C. § 3729(a)(1)( C)

36.     Plaintiff repeats and realleges paragraphs 1 through 27 as if fully set forth herein.

37.     TENET and NORTH SHORE conspired with each other and with non-party co-conspirators, including FMC, to create a sham transaction in which NORTH SHORE would acquire FMC and proceed to submit fraudulent claims to the Medicare Program for services rendered to FMC but billed using NORTH SHORE's provider number and assigned DRG rates.

38.     Each of the conspirators and non-party co-conspirators entered into agreements with and acted in concert with each other to conceal the fraudulent nature of TENET's claims to the Medicare Program for services rendered to Medicare beneficiaries at TENET's FMC facility.

39.     Each DEFENDANT and non party co-conspirator, was fully aware of its actions and acted with the intent to defraud:

        A)      shared in the conspiratorial objective of entering into a sham transaction to

conceal the actual location of services rendered to Medicare beneficiaries and bill Medicare for inflated DRG rates;

B)     acted in concert with one another by entering into an agreement for NORTH SHORE to acquire FMC in order to conceal the actual location of services rendered to Medicare beneficiaries and bill Medicare for inflated DRG rates;

C)     knowingly presented or caused to be presented false or fraudulent claims for payment or approval;

D)     knowingly made, used, or caused to be made or used, false records or statements material to false or fraudulent claims paid or approved by the Government;

E)     caused the Government to approve and pay claims for services rendered at FMC at higher DRG rates than CMS assigned to FMC and therefore caused great financial loss to the Government.

## PRAYER FOR RELIEF

WHEREFORE. the Relator                    on behalf of the United States, demands and prays that judgment be entered in favor of the UNITED STATES against the DEFENDANTS, jointly and severally. as follows:

40.     On each Cause of Action, for the amount of the United States' damages, trebled as required by law, and such civil penalties and interest as are required by law, together with all such further relief as may be just and proper.

41.     The Relator requests that it receive an award from the proceeds of the action pursuant

to 31 U.S.C.§3730(d), including an appropriate percentage of the proceeds of the action, and reasonable expenses necessarily incurred, plus reasonable attorneys' fees and costs.

## DEMAND FOR JURY TRIAL

The Relator, on behalf of the United States, demands a jury trial in this case.

DATED: FEBRUARY 18, 2010

Respectfully Submitted,

THE LAW OFFICES OF
FREEDLAND RUSSO, P.L.
Attorneys for the Relator,

2843 Executive Park Drive
Weston, Florida 33331
Telephone: (954) 467-6400

By:_____
DANIEL HARWIN
Fla Bar # 0682446

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February, 2010, I caused an original and a copy of this Complaint to be filed under seal and in camera for sixty (60) days and not to be served on the Defendants named herein or until further order of this Honorable Court.

I HEREBY CERTIFY that prior to this 18th day of February, 2010, I caused a copy of this Complaint and written disclosure of substantially all material evidence and information the Relator, possesses to be served on the Government pursuant to Rule 4(i)(1)(A) and (B), Fed.R.Civ.P., prior to the filing of this Complaint by delivering a copy of the Complaint, material evidence and information to the United States Attorney for the Southern District of Florida, and by mailing a copy of the Complaint, material evidence and information by Certified Mail, Return Receipt Requested, to the Attorney General of the United States in Washington, D.C.

_____
Daniel Harwin

P:\CPW r\HISTORY\100201_0001\844 03                                                    12

# EXHIBIT A

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Treatment | FMC | NSMC | $ increase | % increase |
| 2 | Chest Pain MS-DRG 313 | $3,279 | $4,283 | $1,004 | 30.62% |
| 3 | Major Cardiovascular procedures w/ MCC or thoracic aortic aneurysm repair MS-DRG 237 | $27,162 | $35,266 | $8,104 | 29.84% |
| 4 | Majory joint replacement or rattachment of lower extremity w/o MCC MS-DRG 470 | $12,006 | $15,504 | $3,498 | 29.14% |
| 5 | Laparoscopic cholecystectomy w/o c.d.e. w/o CC/MCC MS-DRG 419 | $7,492 | $9,675 | $2,183 | 29.14% |
| 6 | Acute myocardial infarction, discharged alive w/o CC/MCC MS-DRG 282 | $6,415 | $8,284 | $1,869 | 29.13% |
| 7 | Acute myocardial infarction, discharged alive w/o CC/MCC MS-DRG 281 | $7,931 | $10,242 | $2,311 | 29.14% |
| 8 | Acute myocardial infarction, discharged alive s MCC MS-DRG 280 | $10,389 | $13,569 | $3,180 | 30.61% |

Medicare.gov - Hospital Compare - Compare Hospitals

**U.S. Department of Health & Human Services**

**HHS.gov**

**Frequent Questions**

Search

Search Medicare.gov

**Search**

**Hospital Compare** - *A quality tool provided by Medicare*

**Hospital Compare Home**    **Help**

**Glossary**    **Resources**

<< **Back to Choose Hospitals to Compare**

**Medicare.gov | Use Smaller Font | E-mail This Page**

## Compare Hospitals

Below are the hospital(s) you selected with their related information.

🖶 **Print this page**

| Your Selected Hospitals | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER | Your Search Criteria |
|---|---|---|---|
| | 5000 W OAKLAND PARK BLVD LAUDERDALE LAKES, FL, 33313 (954) 735-6000 | 1100 NW 95TH ST MIAMI, FL, 33150 (305) 835-6000 | You have selected the following criteria for your search: |
| | **Acute Care Mapping & Directions** | **Acute Care Mapping & Directions** | **ZIP Code:** 33317 |

**Your Search Criteria**

You have selected the following criteria for your search:

**ZIP Code:** 33317

**Distance:** Within 25 miles

**Medical Condition Selected:** Chest Pain (MS-DRG 313)

**Hide Information**    **Survey of Patients' Hospital Experiences**

[ What Is This? ]    **Back to Top**

HCAHPS (Hospital Consumer Assessment of Healthcare Providers and Systems) is a national survey that asks patients about their experiences during a recent hospital stay. Use the results shown here to compare hospitals based on ten important hospital quality topics. **Click here** to learn more.

**Modify Search**

**Change Condition or Procedure**

**New Search**

Medicare.gov - Hospital Compare - Compare Hospitals

Check the boxes next to the topics for which you would like to view correlating graphs or tables.

**Learn More**

☐   Select All      | Reset Checkboxes |

| View Graphs | View Tables |

**Learn More about the Survey of Patients' Hospital Experiences**

| | | |
|---|---|---|
| ☐ Percent of patients who reported that their nurses "Always" communicated well. | 61% | 67% |
| ☐ Percent of patients who reported that their doctors "Always" communicated well. | 74% | 82% |
| ☐ Percent of patients who reported that they "Always" received help as soon as they wanted. | 41% | 49% |
| ☐ Percent of patients who reported that their pain was "Always" well controlled. | 60% | 62% |
| ☐ Percent of patients who reported that staff "Always" explained about medicines before giving it to them. | 48% | 56% |

**Learn More about Medicare Payment and Volume**

**Learn More about Information for Professionals**

**Learn How to Use the Information Displayed on this Site**

**View a list of Hospital Compare Contact Information**

| | | |
|---|---|---|
| Percent of patients who reported that their room and bathroom were "Always" clean. | 51% | 66% |
| Percent of patients who reported that the area around their room was "Always" quiet at night. | 46% | 59% |
| Percent of patients at each hospital who reported that YES, they were given information about what to do during their recovery at home. | 66% | 77% |
| Percent of patients who gave their hospital a rating of 9 or 10 on a scale from 0 (lowest) to 10 (highest). | 45% | 58% |
| Percent of patients who reported YES, they would definitely recommend the hospital. | 56% | 61% |

Medicare.gov - Hospital Compare - Compare Hospitals

☐   Select All    | Reset Checkboxes |
                                       | View Graphs |    | View Tables |

 **Hide Information**    **Medicare Payment and Volume** **Back to Top**

### Chest Pain (MS-DRG 313)

|  | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
|  | LAUDERDALE LAKES, FL | MIAMI, FL |
|  | **Acute Care** | **Acute Care** |
| Median Medicare Payment | $3,279 | $4,283 |
| Number of Medicare Patients Treated | 84 Medicare Patients | 88 Medicare Patients |

Medicare Payment Range[b] for Hospitals in the United States for this **Medicare Severity-Diagnosis Related Group (MS-DRG)**
   $2,897 - $3,751
Total Number of Medicare Patients Treated[c] in the United States for this **Medicare Severity-Diagnosis Related Group (MS-DRG)**   217,104

Medicare Payment Range[b] for Hospitals in Florida for this **Medicare Severity-Diagnosis Related Group (MS-DRG)**
$2,744 - $3,159
Total Number of Medicare Patients Treated[c] in Florida for this **Medicare Severity-Diagnosis Related Group (MS-DRG)**
16,912

[b] This is the middle range of payments for the most typical cases treated in this geographic area for this condition or procedure.
[c] Number of Medicare Patients Treated: The number of discharges the hospital treated for each MS-DRG from

Medicare.gov - Hospital Compare - Compare Hospitals

October 2007 through September 2008. The United States
and state average of Medicare Patients does not include
hospitals with zero cases.

Data Last Updated: August 25, 2009
Page Last Updated: October 5, 2009

**Top of page**

U.S. Department of Health & Human Services · 200 Independence Avenue, S.W. ·
Washington, D.C. 20201

57

Medicare.gov - Hospital Compare - Compare Hospitals

Skip Navigation

# U.S. Department of Health & Human Services

# HHS.gov

**Frequent Questions**

Search

Search Medicare.gov

**Search**

## Hospital Compare - *A quality tool provided by Medicare*

**Hospital Compare Home**      **Help**

**Glossary**      **Resources**

**Medicare.gov** | **Use Smaller Font** | **E-mail This Page**

<< **Back to Choose Hospitals to Compare**

## Compare Hospitals

Below are the hospital(s) you selected with their related information.

🖨 **Print this page**

| | **FLORIDA MEDICAL CENTER** | **NORTH SHORE MEDICAL CENTER** | **Your Search Criteria** |
|---|---|---|---|
| **Your Selected Hospitals** | 5000 W OAKLAND PARK BLVD LAUDERDALE LAKES, FL, 33313 (954) 735-6000 | 1100 NW 95TH ST MIAMI, FL, 33150 (305) 835-6000 | You have selected the following criteria for your search:<br><br>**ZIP Code:** 33317<br><br>**Distance:** Within 25 miles<br><br>**Surgical Procedure Selected:** Major joint replacement or reattachment of lower extremity w/o MCC (MS-DRG 470) |
| | **Acute Care Mapping & Directions** | **Acute Care Mapping & Directions** | |

 **Hide Information**

## Hospital Process of Care Measures
[ What is This? ]

**Modify Search**

**Back to Top**

**Change Condition or Procedure**

 **Hide Information**

## Surgical Care Improvement Project Process of Care Measures

**New Search**

Hospitals can reduce the risk of wound infection after surgery by making sure patients get the right medicines at the right time on the day of

Medicare.gov - Hospital Compare - Compare Hospitals

their surgery. These measures show some of the standards of care. **Click here** to learn more about how to prevent wound infection. **Click here to learn why Surgical Care Improvement Project Process of Care Measures are important.**

Learn More

**Learn More about Hospital Process of Care Measures**

**Learn Why These Hospital Processes of Care are Important**

Check the boxes next to the topics for which you would like to view correlating graphs or tables.

**Learn More about the Survey of Patients' Hospital Experiences**

**Learn More about Medicare Payment and Volume**

☐   Select All   | Reset Checkboxes |
                 | View Graphs |   | View Table |

**Learn More about Information for Professionals**

**Learn How to Use the Information Displayed on this Site**

| | | |
|---|---|---|
| ☐ Percent of surgery patients who were given an antibiotic at the **right time** (within one hour before surgery) to help prevent infection | 96%[2] | 98%[2] |
| ☐ Percent of surgery patients who were given the **right kind** of antibiotic to help prevent infection | 96%[2] | 97%[2] |
| ☐ Percent of surgery patients whose preventive antibiotics were **stopped at** | 91%[2] | 85%[2] |

**View a list of Hospital Compare Contact Information**

Medicare.gov - Hospital Compare - Compare Hospitals

| | | |
|---|---|---|
| **the right time** (within 24 hours after surgery) | | |
| ☐ Percent of surgery patients needing hair removed from the surgical area before surgery, who had hair removed using a safer method (electric clippers or hair removal cream – not a razor) | 98%[2] | 98%[2] |
| ☐ Percent of surgery patients **whose doctors ordered treatments to prevent blood clots** after certain types of surgeries | 93%[2] | 93%[2] |
| ☐ Percent of patients **who got treatment at the right time** (within 24 hours before or after their surgery) to | 83%[2] | 93%[2] |

help prevent
blood clots
after certain
types of
surgery

☐   Select All    | Reset Checkboxes |

                  | View Graphs |    | View Table |

[2] The hospital indicated that the data submitted for
this measure were based on a sample of cases.



### Survey of Patients' Hospital Experiences
[ What is This? ]                                    **Back to Top**

HCAHPS (Hospital Consumer Assessment of
Healthcare Providers and Systems) is a national
survey that asks patients about their experiences
during a recent hospital stay. Use the results
shown here to compare hospitals based on ten
important hospital quality topics. **Click here** to
learn more.

| | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
| | LAUDERDALE LAKES, FL | MIAMI, FL |
| | **Acute Care** | **Acute Care** |

Check the boxes next to the topics for which you would like
to view correlating graphs or tables.

☐   Select All    | Reset Checkboxes |

                  | View Graphs |    | View Tables |

| | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
| ☐ Percent of patients who reported that their nurses "Always" | 61% | 67% |

| | | |
|---|---|---|
| communicated well. | | |
| ☐ Percent of patients who reported that their doctors "Always" communicated well. | 74% | 82% |
| ☐ Percent of patients who reported that they "Always" received help as soon as they wanted. | 41% | 49% |
| ☐ Percent of patients who reported that their pain was "Always" well controlled. | 60% | 62% |
| ☐ Percent of patients who reported that staff "Always" explained about medicines before giving it to them. | 48% | 56% |
| ☐ Percent of patients who reported that their room and bathroom were "Always" clean. | 51% | 66% |
| ☐ Percent of patients who reported that the area around their | 46% | 59% |

room was
"Always" quiet
at night.

□ Percent of
patients at
each hospital
who reported
that YES, they
were given                    66%              77%
information
about what to
do during
their recovery
at home.

□ Percent of
patients who
gave their
hospital a
rating of 9 or                45%              58%
10 on a scale
from 0
(lowest) to 10
(highest).

□ Percent of
patients who
reported YES,
they would                    56%              61%
definitely
recommend
the hospital.

□   Select All        | Reset Checkboxes |
                      | View Graphs |      | View Tables |

▓Hide
▓Information          **Medicare Payment and Volume**
                                              **Back to Top**

**Major joint replacement or reattachment of lower
extremity w/o MCC (MS-DRG 470)**

|                | FLORIDA<br>MEDICAL<br>CENTER | NORTH SHORE<br>MEDICAL<br>CENTER |
|----------------|------------------------------|----------------------------------|

|                                      | LAUDERDALE LAKES, FL | MIAMI, FL      |
|--------------------------------------|----------------------|----------------|
|                                      | **Acute Care**       | **Acute Care** |
| Median Medicare Payment              | $12,006              | $15,504        |
| Number of Medicare Patients Treated  | 35 Medicare Patients | (*)[f]         |

Medicare Payment Range[b] for Hospitals in the United States for this **Medicare Severity-Diagnosis Related Group (MS-DRG)**   $10,305 - $12,748
Total Number of Medicare Patients Treated[c] in the United States for this **Medicare Severity-Diagnosis Related Group (MS-DRG)**   464,290

Medicare Payment Range[b] for Hospitals in Florida for this **Medicare Severity-Diagnosis Related Group (MS-DRG)**   $10,214 - $11,275
Total Number of Medicare Patients Treated[c] in Florida for this **Medicare Severity-Diagnosis Related Group (MS-DRG)**   32,673

**Major joint replacement or reattachment of lower extremity w MCC (MS-DRG 469)**

|                          | **FLORIDA MEDICAL CENTER** | **NORTH SHORE MEDICAL CENTER** |
|--------------------------|----------------------------|--------------------------------|
|                          | LAUDERDALE LAKES, FL       | MIAMI, FL                      |
|                          | **Acute Care**             | **Acute Care**                 |
| Median Medicare Payment  | $16,019                    | $16,319                        |
| Number of Medicare       | (*)[f]                     | (*)[f]                         |

Patients
Treated

Medicare Payment Range[b] for Hospitals in the United
States for this **Medicare Severity-Diagnosis Related
Group (MS-DRG)**    $11,345 - $16,860
Total Number of Medicare Patients Treated[c] in the United
States for this **Medicare Severity-Diagnosis Related
Group (MS-DRG)**    40,495

Medicare Payment Range[b] for Hospitals in Florida for this
**Medicare Severity-Diagnosis Related Group (MS-
DRG)**    $10,350 - $15,168
Total Number of Medicare Patients Treated[c] in Florida for
this **Medicare Severity-Diagnosis Related Group (MS
-DRG)**    3,046

[b] This is the middle range of payments for the most
typical cases treated in this geographic area for this
condition or procedure.
[c] Number of Medicare Patients Treated: The number
of discharges the hospital treated for each MS-DRG
from October 2007 through September 2008. The
United States and state average of Medicare Patients
does not include hospitals with zero cases.
[f] An asterisk (*) appears in the table where data
cannot be disclosed to protect personal health
information due to the small number of Medicare
patients (fewer than 11).

Data Last Updated: August 25, 2009
Page Last Updated: October 5, 2009

 **Top of page**

HHS Home | Questions? | Contacting HHS | Accessibility | Privacy Policy | FOIA | Disclaimers |
Inspector General | No FEAR Act
The White House | USA.gov | HHS Archive | Flu.gov

http://www.hospitalcompare.hhs.gov/Hospital/Search/compareHospitals.asp          12/2/2009

Medicare.gov - Hospital Compare - Compare Hospitals

U.S. Department of Health & Human Services · 200 Independence Avenue, S.W. ·
Washington, D.C. 20201

57

# Compare Hospitals

**Below are the hospital(s) you selected with their related information.**

**Return To Previous Page**

| Your Selected Hospitals | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
| | 5000 W OAKLAND PARK BLVD LAUDERDALE LAKES, FL, 33313 (954) 735-6000 | 1100 NW 95TH ST MIAMI, FL, 33150 (305) 835-6000 |
| | Acute Care Mapping & Directions | Acute Care Mapping & Directions |

**Hospital Process of Care Measures** [ What Is This? ]                    Back to Top

**Heart Attack Process of Care Measures**

A heart attack (also called AMI or acute myocardial infarction) happens when the arteries leading to the heart become blocked and the blood supply is slowed or stopped. These measures show some of the standards of care provided, if appropriate for most adults who have had a heart attack. **Click here for more information about heart attack care. Click here to learn why Heart Attack Process of Care Measures are important.**

| | | |
|---|---|---|
| Percent of Heart Attack Patients Given Aspirin at Arrival | 100% | 96% |
| Percent of Heart Attack Patients Given Aspirin at Discharge | 99% | 96% |
| Percent of Heart Attack Patients Given ACE Inhibitor or ARB for Left Ventricular Systolic Dysfunction (LVSD) | 97% | 88%[1] |
| Percent of Heart Attack Patients Given Smoking Cessation Advice/Counseling | 100% | 100%[1] |
| Percent of Heart Attack Patients Given Beta Blocker at Discharge | 100% | 97% |
| Percent of Heart Attack Patients Given Fibrinolytic Medication Within 30 Minutes Of Arrival | 0%[1] | 0%[1] |
| Percent of Heart Attack Patients Given PCI Within 90 Minutes Of Arrival | 83% | 0 patients[1] |

[1] The number of cases is too small (<25) to reliably tell how well a hospital is performing.

[1] "0 patients"-- This hospital treated patients in this condition, but no patients met the criteria for inclusion in the measure calculation.

**Hospital Outcome of Care Measures** [ What Is This? ]                    Back to Top

**Hospital Death (Mortality) Rates Outcome of Care Measures**

"30-Day Mortality" is when patients die within 30 days is of their admission to a hospital. Below, the death rates for each hospital are compared to the U.S. National Rate. The rates take into account how sick patients were before they were admitted to the hospital. **Click here** to learn more.

|  | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
|  | LAUDERDALE LAKES, FL | MIAMI, FL |
|  | Acute Care | Acute Care |
| Death Rate for Heart Attack Patients | No Different than the U.S. National Rate | No Different than the U.S. National Rate |

**New! Hospital Readmission Rates Outcome of Care Measures**

"30-Day Readmission" is when patients who have had a recent hospital stay need to go back into a hospital again within 30 days of their discharge Below, the rates of readmission for each hospital are compared to the U.S. National Rate. The rates take into account how sick patients were before they were admitted to the hospital. **Click here** to learn more.

**Notice: Important Information about Maryland Hospitals**

|  | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
|  | LAUDERDALE LAKES, FL | MIAMI, FL |
|  | Acute Care | Acute Care |
| New! Rate of Readmission for Heart Attack Patients | No Different than the U.S. National Rate | No Different than the U.S. National Rate |

**Survey of Patients' Hospital Experiences** [ What Is This? ]                          Back to Top

HCAHPS (Hospital Consumer Assessment of Healthcare Providers and Systems) is a national survey that asks patients about their experiences during a recent hospital stay. Use the results shown here to compare hospitals based on ten important hospital quality topics. **Click here** to learn more.

|  | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
|  | LAUDERDALE LAKES, FL | MIAMI, FL |
|  | Acute Care | Acute Care |
| Percent of patients who reported that their nurses "Always" communicated well. | 61% | 67% |
| Percent of patients who reported that their doctors "Always" communicated well. | 74% | 82% |
| Percent of patients who reported that they "Always" received help as soon as they wanted. | 41% | 49% |

| | | |
|---|---|---|
| Percent of patients who reported that their pain was "Always" well controlled. | 60% | 62% |
| Percent of patients who reported that staff "Always" explained about medicines before giving it to them. | 48% | 56% |
| Percent of patients who reported that their room and bathroom were "Always" clean. | 51% | 66% |
| Percent of patients who reported that the area around their room was "Always" quiet at night. | 46% | 59% |
| Percent of patients at each hospital who reported that YES, they were given information about what to do during their recovery at home. | 66% | 77% |
| Percent of patients who gave their hospital a rating of 9 or 10 on a scale from 0 (lowest) to 10 (highest). | 45% | 58% |
| Percent of patients who reported YES, they would definitely recommend the hospital. | 56% | 61% |

**Medicare Payment and Volume**                                    Back to Top

**Acute myocardial infarction, discharged alive w/o CC/MCC (MS-DRG 282)**

| | FLORIDA MEDICAL CENTER LAUDERDALE LAKES, FL | NORTH SHORE MEDICAL CENTER MIAMI, FL |
|---|---|---|
| | Acute Care | Acute Care |
| Median Medicare Payment | $6,415 | $8,284 |
| Number of Medicare Patients Treated | 26 Medicare Patients | 20 Medicare Patients |

Medicare Payment Range[b] for Hospitals in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)   $4,687 - $6,677
Total Number of Medicare Patients Treated[c] in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)   47,082

Medicare Payment Range[b] for Hospitals in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)   $4,365 - $6,051
Total Number of Medicare Patients Treated[c] in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)   3,474

Medicare.gov - Hospital Compare - Compare Hospitals

**Acute myocardial infarction, discharged alive w CC (MS-DRG 281)**

|  | FLORIDA MEDICAL CENTER<br>LAUDERDALE LAKES, FL | NORTH SHORE MEDICAL CENTER<br>MIAMI, FL |
|---|---|---|
|  | Acute Care | Acute Care |
| Median Medicare Payment | $7,931 | $10,242 |
| Number of Medicare Patients Treated | 38 Medicare Patients | 17 Medicare Patients |

Medicare Payment Range[b] for Hospitals in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $6,538 - $8,407
Total Number of Medicare Patients Treated[c] in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    57,008

Medicare Payment Range[b] for Hospitals in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $6,561 - $7,545
Total Number of Medicare Patients Treated[c] in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    4,618

**Acute myocardial infarction, discharged alive w MCC (MS-DRG 280)**

|  | FLORIDA MEDICAL CENTER<br>LAUDERDALE LAKES, FL | NORTH SHORE MEDICAL CENTER<br>MIAMI, FL |
|---|---|---|
|  | Acute Care | Acute Care |
| Median Medicare Payment | $10,389 | $13,569 |
| Number of Medicare Patients Treated | 49 Medicare Patients | 58 Medicare Patients |

Medicare Payment Range[b] for Hospitals in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $8,341 - $11,354
Total Number of Medicare Patients Treated[c] in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    90,512

Medicare Payment Range[b] for Hospitals in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $8,471 - $10,037
Total Number of Medicare Patients Treated[c] in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    6,838

[b] This is the middle range of payments for the most typical cases treated in this geographic area for this condition or procedure.
[c] Number of Medicare Patients Treated: The number of discharges the hospital treated for each MS-DRG from October 2007 through September 2008. The United States and state average of Medicare Patients does not include hospitals with zero cases.

Data Last Updated: August 25, 2009
Page Last Updated: October 5, 2009

# Compare Hospitals

**Below are the hospital(s) you selected with their related information.**                    <u>**Return To Previous Page**</u>

| | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
| **Your Selected Hospitals** | 5000 W OAKLAND PARK BLVD<br>LAUDERDALE LAKES, FL, 33313<br>(954) 735-6000 | 1100 NW 95TH ST<br>MIAMI, FL, 33150<br>(305) 835-6000 |
| | Acute Care<br>Mapping & Directions | Acute Care<br>Mapping & Directions |

**Hospital Process of Care Measures** [ What is This? ]                                   <u>Back to Top</u>

**Surgical Care Improvement Project Process of Care Measures**

Hospitals can reduce the risk of wound infection after surgery by making sure patients get the right medicines at the right time on the day of their surgery. These measures show some of the standards of care. Click here to learn more about how to prevent wound infection. Click here to learn why Surgical Care Improvement Project Process of Care Measures are important.

| | | |
|---|---|---|
| Percent of surgery patients who were given an antibiotic at the **right time** (within one hour before surgery) to help prevent infection | 96%[2] | 98%[2] |
| Percent of surgery patients who were given the **right kind** of antibiotic to help prevent infection | 96%[2] | 97%[2] |
| Percent of surgery patients whose preventive antibiotics were **stopped at the right time** (within 24 hours after surgery) | 91%[2] | 85%[2] |
| Percent of **all heart surgery** patients whose blood sugar (blood glucose) is kept under good control in the days right after surgery | 96%[2] | 100%[1,2] |
| Percent of surgery patients needing hair removed from the surgical area before surgery, who had hair removed using a safer method (electric clippers or hair removal cream – not a razor) | 98%[2] | 98%[2] |
| Percent of surgery patients whose doctors ordered **treatments to prevent blood clots** after certain types of surgeries | 93%[2] | 93%[2] |

| **Percent of patients who got treatment at the right time** (within 24 hours before or after their surgery) to help prevent blood clots after certain types of surgery | 83%[2] | 93%[2] |

[1] The number of cases is too small (<25) to reliably tell how well a hospital is performing.

[2] The hospital indicated that the data submitted for this measure were based on a sample of cases.

### Survey of Patients' Hospital Experiences [ What is This? ]                    Back to Top

HCAHPS (Hospital Consumer Assessment of Healthcare Providers and Systems) is a national survey that asks patients about their experiences during a hospital stay. Use the results shown here to compare hospitals based on ten important hospital quality topics. **Click here** to learn more.

|  | **FLORIDA MEDICAL CENTER** LAUDERDALE LAKES, FL | **NORTH SHORE MEDICAL CENTER** MIAMI, FL |
|---|---|---|
|  | Acute Care | Acute Care |
| Percent of patients who reported that their nurses "Always" communicated well. | 61% | 67% |
| Percent of patients who reported that their doctors "Always" communicated well. | 74% | 82% |
| Percent of patients who reported that they "Always" received help as soon as they wanted. | 41% | 49% |
| Percent of patients who reported that their pain was "Always" well controlled. | 60% | 62% |
| Percent of patients who reported that staff "Always" explained about medicines before giving it to them. | 48% | 56% |
| Percent of patients who reported that their room and bathroom were "Always" clean. | 51% | 66% |
| Percent of patients who reported that the area around their room was "Always" quiet at night. | 46% | 59% |
| Percent of patients at each hospital who reported that YES, they were given information about what to do during their recovery at home. | 66% | 77% |
| Percent of patients who gave their hospital a rating of 9 or | 45% | 58% |

| | 10 on a scale from 0 (lowest) to 10 (highest). | |
| --- | --- | --- |
| Percent of patients who reported YES, they would definitely recommend the hospital. | 56% | 61% |

**Medicare Payment and Volume**                                          Back to Top

**Major cardiovasc procedures w MCC or thoracic aortic aneurysm repair (MS-DRG 237)**

| | FLORIDA MEDICAL CENTER<br>LAUDERDALE LAKES, FL | NORTH SHORE MEDICAL CENTER<br>MIAMI, FL |
| --- | --- | --- |
| | Acute Care | Acute Care |
| Median Medicare Payment | $27,162 | $35,266 |
| Number of Medicare Patients Treated | 12 Medicare Patients | (*)[f] |

Medicare Payment Range[b] for Hospitals in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $24,073 - $34,500
Total Number of Medicare Patients Treated[c] in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    28,123

Medicare Payment Range[b] for Hospitals in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $23,456 - $28,806
Total Number of Medicare Patients Treated[c] in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    2,056

[b] This is the middle range of payments for the most typical cases treated in this geographic area for this condition or procedure.
[c] Number of Medicare Patients Treated: The number of discharges the hospital treated for each MS-DRG from October 2007 through September 2008. The United States and state average of Medicare Patients does not include hospitals with zero cases.
[f] An asterisk (*) appears in the table where data cannot be disclosed to protect personal health information due to the small number of Medicare patients (fewer than 11).

Data Last Updated: August 25, 2009
Page Last Updated: October 5, 2009

## Compare Hospitals

Below are the hospital(s) you selected with their related information.                **Return To Previous Page**

|                                | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|--------------------------------|------------------------|----------------------------|
| **Your Selected Hospitals**    | 5000 W OAKLAND PARK BLVD<br>LAUDERDALE LAKES, FL, 33313<br>(954) 735-6000 | 1100 NW 95TH ST<br>MIAMI, FL, 33150<br>(305) 835-6000 |
|                                | Acute Care<br>Mapping & Directions | Acute Care<br>Mapping & Directions |

Survey of Patients' Hospital Experiences [ What Is This? ]                          Back to Top

HCAHPS (Hospital Consumer Assessment of Healthcare Providers and Systems) is a national survey that asks patients about their experiences during a recent hospital stay. Use the results shown here to compare hospitals based on ten important hospital quality topics. **Click here** to learn more.

| | | |
|---|---|---|
| Percent of patients who reported that their nurses "Always" communicated well. | 61% | 67% |
| Percent of patients who reported that their doctors "Always" communicated well. | 74% | 82% |
| Percent of patients who reported that they "Always" received help as soon as they wanted. | 41% | 49% |
| Percent of patients who reported that their pain was "Always" well controlled. | 60% | 62% |
| Percent of patients who reported that staff "Always" explained about medicines before giving it to them. | 48% | 56% |
| Percent of patients who reported that their room and bathroom were "Always" clean. | 51% | 66% |
| Percent of patients who reported that the area around their room was "Always" quiet at night. | 46% | 59% |
| Percent of patients at each hospital who reported that YES, they were given information about what to do | 66% | 77% |

| | | |
|---|---|---|
| during their recovery at home. | | |
| Percent of patients who gave their hospital a rating of 9 or 10 on a scale from 0 (lowest) to 10 (highest). | 45% | 58% |
| Percent of patients who reported YES, they would definitely recommend the hospital. | 56% | 61% |

**Medicare Payment and Volume**                                            Back to Top

**Laparoscopic cholecystectomy w/o c.d.e. w/o CC/MCC (MS-DRG 419)**

| | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
| | LAUDERDALE LAKES, FL | MIAMI, FL |
| | Acute Care | Acute Care |
| Median Medicare Payment | $7,492 | $9,675 |
| Number of Medicare Patients Treated | 11 Medicare Patients | (*)$^f$ |

Medicare Payment Range$^b$ for Hospitals in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $6,512 - $7,949
Total Number of Medicare Patients Treated$^c$ in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    35,576

Medicare Payment Range$^b$ for Hospitals in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $6,375 - $7,127
Total Number of Medicare Patients Treated$^c$ in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    3,418

**Laparoscopic cholecystectomy w/o c.d.e. w CC (MS-DRG 418)**

| | FLORIDA MEDICAL CENTER | NORTH SHORE MEDICAL CENTER |
|---|---|---|
| | LAUDERDALE LAKES, FL | MIAMI, FL |
| | Acute Care | Acute Care |
| Median Medicare Payment | $10,217 | $13,345 |
| Number of Medicare Patients Treated | (*)$^f$ | (*)$^f$ |

Medicare Payment Range$^b$ for Hospitals in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $9,025 - $10,923
Total Number of Medicare Patients Treated$^c$ in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    28,881

Medicare Payment Range[b] for Hospitals in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $8,796 - $9,850
Total Number of Medicare Patients Treated[c] in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    2,424

---

### Laparoscopic cholecystectomy w/o c.d.e. w MCC (MS-DRG 417)

|  | FLORIDA MEDICAL CENTER<br>LAUDERDALE LAKES, FL | NORTH SHORE MEDICAL CENTER<br>MIAMI, FL |
|---|---|---|
|  | Acute Care | Acute Care |
| Median Medicare Payment | $12,907 | $16,667 |
| Number of Medicare Patients Treated | (*)[f] | (*)[f] |

Medicare Payment Range[b] for Hospitals in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $11,359 - $14,074
Total Number of Medicare Patients Treated[c] in the United States for this Medicare Severity-Diagnosis Related Group (MS-DRG)    22,020

---

Medicare Payment Range[b] for Hospitals in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    $10,991 - $12,907
Total Number of Medicare Patients Treated[c] in Florida for this Medicare Severity-Diagnosis Related Group (MS-DRG)    1,876

---

[b] This is the middle range of payments for the most typical cases treated in this geographic area for this condition or procedure.

[c] Number of Medicare Patients Treated: The number of discharges the hospital treated for each MS-DRG from October 2007 through September 2008. The United States and state average of Medicare Patients does not include hospitals with zero cases.

[f] An asterisk (*) appears in the table where data cannot be disclosed to protect personal health information due to the small number of Medicare patients (fewer than 11).

Data Last Updated: August 25, 2009
Page Last Updated: October 5, 2009