Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20501-CIV-LENARD/TURNOFF
ISSUED UNDER SEAL

UNITED STATES OF AMERICA
ex rel.

      Plaintiff,

v.

TENET HEALTH SYSTEM NORTH
SHORE, INC., AND TENET
HEALTHCARE CORP.,

      Defendants.
_____/

## SEALED ORDER DISMISSING CASE WITHOUT PREJUDICE AND ORDER TO SHOW CAUSE WHY CASE SHOULD REMAIN SEALED

**THIS CAUSE** is before the Court on Relator    's Notice of Dismissal Without Prejudice Pursuant to 31 U.S.C. § 3730(b)(1) ("Notice," D.E. 8), filed under seal on October 25, 2010. On November 2, 2010, the Government filed under seal its Consent to Relator's Voluntary Dismissal of this Action ("Consent," D.E. 9). Accordingly, pursuant to 31 U.S.C. § 3730(b)(1), it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**, any pending motions are **DENIED AS MOOT**, and this case shall remain **CLOSED**.

It is further **ORDERED AND ADJUDGED** that the Parties shall have until November 24, 2010, to show cause why this case should not be unsealed and all filings be placed in the public portion of the court file.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 12th day of November, 2010.

                                                                                         _____
                                                                                         **JOAN A. LENARD**
                                                                                         **UNITED STATES DISTRICT JUDGE**